■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM BLUNT, Appellant. [646 NYS2d 290] —Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Steinhardt, J.), imposed February 6, 1995, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed.

The record does not establish that the defendant knowingly, voluntarily and intelligently waived the right to appeal the sentence imposed *(see, People v Rolon,* 220 AD2d 543). The defendant's contention that the sentence was excessive is without merit *(see, People v Kazepis,* 101 AD2d 816). Mangano, P. J., Balletta, O'Brien, Pizzuto and Florio, JJ., concur.